■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHESTER JOHNSON, Also Known as CHESTER DAVIDSON, Appellant. [826 NYS2d 896]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered December 15, 2004, convicting him of assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence adduced at trial was legally insufficient to support his conviction of assault in the third degree because the complainant's testimony was incredible as a matter of law is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evi-

dence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see People v Gaimari*, 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo*, 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see* CPL 470.15 [5]). Schmidt, J.P., Mastro, Fisher and Dillon, JJ., concur.